IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.<br><br>                Plaintiffs,<br><br>v.<br><br>ARCHITECTURAL RESTORATIONS AND WATERPROOFING, INC.,<br><br>                Defendant. | CASE NUMBER:  1:07CV01729<br><br>JUDGE:  Richard J. Leon |

**CONSENT MOTION AND INCORPORATED MEMORANDUM TO EXTEND THE DUE DATE FOR DEFENDANT'S RESPONSE TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant hereby files this Consent Motion to extend the time for its response to the Complaint filed in this matter and in support thereof states as follows:

1. On or about September 27, 2007, Plaintiff filed a complaint in this matter that was served on Defendant on October 22, 2007.

2. Defendant's response to the Complaint is currently due on November 12, 2007.

3. Defendant seeks an extension until November 28, 2007 for its response to the Complaint so that the parties may have an opportunity to engage in settlement discussions before moving forward with litigation. Plaintiff's counsel has agreed to the extension.

                                            Respectfully submitted,

                                            ARCHER & GREINER

                                            BY:  ___/s/ Alexander Nemiroff_____
                                                    ALEXANDER NEMIROFF
                                                    Bar No. 454408
                                                    One Centennial Square
                                                    Haddonfield, New Jersey 08033

(856) 795-2121
Attorneys for Defendant

Dated: November 8, 2007

## CERTIFICATE OF SERVICE

    I, Alexander Nemiroff, hereby certify that on this 8th day of November 2007, I caused the foregoing Consent Motion to Extend Due Date for Defendant's Response to the Complaint to be electronically filed with the Court and, therefore, the aforementioned document is available for viewing and downloading from the Electronic Case Filing System.

                                                  s/ Alexander Nemiroff
                                                  ALEXANDER NEMIROFF

2952987v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.<br><br>                    Plaintiffs,<br><br>v.<br><br>ARCHITECTURAL RESTORATIONS AND WATERPROOFING, INC.,<br><br>                    Defendant. | CASE NUMBER: 1:07CV01729<br><br>JUDGE: Richard J. Leon |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant's Consent Motion and Incorporated Memorandum to Extend the Due Date for Defendant's Response to the Complaint, it is hereby Ordered that said motion is GRANTED.  Defendant shall file a response to the Complaint on or before November 28, 2007.

SO ORDERED:

_____
Richard J. Leon
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.<br><br>                          Plaintiffs,<br><br>v.<br><br>ARCHITECTURAL RESTORATIONS AND WATERPROOFING, INC.<br><br>                          Defendant. | CASE NUMBER: 1:07CV01729<br><br>JUDGE: Richard J. Leon |

**LOCAL RULE 7(K) STATEMENT**

Pursuant to Local Rule 7(k), the following person is entitled to be served with orders, judgments, and stipulations:

        Ira R. Mitzner, Esquire
        DickStein Shapiro LLP
        1825 Eye Street NW
        Washington, DC 20006-5403

2954409v1