IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN -2 2008

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

JOHN FLYNN, et al., )
)
Plaintiffs, )
)
v. ) Case No. 1:CV 07-01729
) Hon. Richard J. Leon
ARCHITECTURAL RESTORATIONS AND )
WATERPROOFING, INC., )
)
Defendants. )

## ORDER

Any other parties shall be joined or the pleadings amended within 30 days of the issuance of the Court's scheduling order. Discovery will be permitted until April 14, 2008. Dispositive motions shall be filed by May 14, 2008; opposing memoranda shall be filed by June 13, 2008; and reply briefs shall be filed by July 14, 2008.

**SO ORDERED**, this 28th day of December, 2007.

_____
United States District Judge
Richard J. Leon

2368887