IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ARCHITECTURAL RESTORATIONS AND )<br>WATERPROOFING, INC., )<br>)<br>Defendants. )<br>) | Case No. 1:CV 07-01729<br>Hon. Richard J. Leon |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the parties by their counsel stipulate to the dismissal with prejudice of this action against Defendant, Architectural Restorations and Waterproofing, Inc. The parties have settled this matter, with the parties agreeing to bear their own attorneys' fees and costs.

Respectfully submitted,

Dated: May 12, 2008        By: _____/s_____
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
T: (202) 420-2234
F: (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.

2439422

By: _____/s_____
Alexander Nemiroff
 ARCHER & GREINER
 One Centennial Square
 Haddonfield, NJ 08033
 T: (856) 795-2121
 F: (856) 795-0574

Attorneys for Defendant
Architectural Restorations and Waterproofing, Inc.

2439422

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:CV 07-01729 |
| ) | Hon. Richard J. Leon |
| ARCHITECTURAL RESTORATIONS AND ) | |
| WATERPROOFING, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Ira R. Mitzner, Esq.
>Dickstein Shapiro LLP
>1825 Eye Street, N.W.
>Washington, DC  20006-5403
>Telephone: (202) 420-2234
>Facsimile:  (202) 420-2201

>Alexander Nemiroff
>Archer & Greiner
>One Centennial Square
>Haddonfield, NJ  08033
>Telephone: (856) 795-212
>Facsimile:  (856) 795-0574

2368801